# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Frey,<br><br>              Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>              Defendant. | No. CV-21-00301-TUC-SHR<br><br>**Order Accepting Report & Recommendation** |

On February 21, 2023, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") in which he recommended the Court grant Plaintiff Kevin Frey's Opening Brief, and reverse and remand the Commissioner's decision for further consideration. (Doc. 25.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

The Court finds the R&R well-reasoned and agrees with Judge Markovich's conclusion that the Commissioner's decision should be reversed and remanded for further consideration on an open record. The Court also agrees with Judge Markovich's reasoning

in declining to address the issues of the ALJ's treatment of lay witness testimony and the medical opinion evidence. *See* Fed. R. Civ. P. 72(b).

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 25) is **ACCEPTED.**

**IT IS FURTHER ORDERED** Plaintiff's Opening Brief (Doc. 19) is **GRANTED** and the Commissioner's decision is **REVERSED** and **REMANDED** for further consideration consistent with this Order and Judge Markovich's Report & Recommendation.

**IT IS FURTHER ORDERED** the Clerk of Court shall docket accordingly and close this action.

Dated this 9th day of March, 2023.

Honorable Scott H. Rash
United States District Judge